

FILED

DEC 2 2013

U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | |
|---|---|
| CLEVELAND THERMAL, LLC | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-946 C ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## MOTION TO FILE COMPLAINT UNDER SEAL

Plaintiff Cleveland Thermal, LLC. (Plaintiff or Cleveland Thermal) hereby moves to file a Complaint in the above-captioned matter under seal. Filing under seal is appropriate because the Complaint and its attached exhibits contain confidential and proprietary information. Additionally the matters addressed in this Complaint were previously subject to a Government Accountability Office (GAO) protective order in a related bid protest.

Confidential and proprietary information has been marked in the Complaint and its attached exhibits, as required by Court rules. Additionally, a redacted version of the Complaint and its attached exhibits has been filed, as required by Court rules.

Plaintiff further requests that the Court issue a protective order in this case.

[Signature on following page]

DC1 21015v1 01/10/13

Submitted this 2nd day of December, 2013.

*Alexa Santora* (signature)
Alexa Santora
**Fox Rothschild LLP**
1030 15th Street, NW
Suite 380 East
Washington, DC 20005
Phone: (202) 461-3106
Fax: (202) 461-3102
asantora@foxrothschild.com
*Attorney for Cleveland Thermal, LLC*